IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CV-258-FL

| | | |
|---|---|---|
| PENNY ELIZABETH TODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes now before the court upon plaintiff's failure to remit payment of the filing fee in the amount of $400.00 by January 15, 2016, as directed by the magistrate judge in order entered on December 8, 2015. Where plaintiff has had adequate opportunity to pay the filing fee subsequent to entry of the order denying plaintiff's request for leave to proceed *in forma pauperis*, and where plaintiff has failed to respond in any capacity, matters at issue will be marked now as dismissed for failure to prosecute. The clerk of court is DIRECTED to close the case.

This the 21st day of January, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge